IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO.: 5:05CR9-5-V

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| DARLENE ECKLES, ) | |
|     Defendant. ) | |
| _____) | |

**THIS MATTER** is before the Court on Defendant's *pro se* letter Motion For Return of Property, dated June 27, 2007, and filed with the Court on August 14, 2007. (Document #838) In her motion, Defendant alleges that law enforcement officers seized various items of personal property during the search of her residence on February 22, 2005. As a result, Defendant requests the return of her photo albums and the title to her 1997 Tracker.

**IT IS, THEREFORE, ORDERED** that the Government is directed to respond to the Defendant's Motion For Return of Property **on or before Friday, August 31, 2007**.

Signed: August 15, 2007

Richard L. Voorhees
United States District Judge