# UNITED STATES DISTRICT COURT
for the

### Western District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| DARLENE ECKLES | ) Case No:  5:05CR00009-005 |
| | ) USM No:  19926-058 |
| Date of Previous Judgment:  4/17/2007 | ) David Burgess |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  ■  the defendant  ❐  the Director of the Bureau of Prisons  ❐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

❐  DENIED.  ■  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   235   months **is reduced to**   188 months   .

### I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 38 | Amended Offense Level: | 36 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 235  to  240  months | Amended Guideline Range: | 188  to  235  months |

### II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

■  The reduced sentence is within the amended guideline range.

❐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

❐  Other (explain):

### III.  ADDITIONAL COMMENTS

Upon release from imprisonment, and absent a residential plan accepted by the U.S. Probation Officer prior to release from incarceration, it is ordered that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation

Except as provided above, all provisions of the judgment dated   4/17/2007   shall remain in effect.

**IT IS SO ORDERED.**

Order Date:   March 4, 2010

Effective Date:   March 4, 2010
(if different from order date)

Richard L. Voorhees
United States District Judge